IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-mj-8212-BER |
| | : | |
| v. | : | |
| | : | |
| JASON DOLAN, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF GOVERNMENT'S INTENT TO APPEAL
COURT'S DETENTION ORDER AND MOTION TO EXTEND STAY**

The United States respectfully informs the Court and Defendant Jason Dolan of its intention to file a motion in the District of Colombia for review of the release order entered yesterday by Your Honor. To effectuate its motion, the Government hereby requests an extension of Your Honor's stay until Friday, June 11, 2021 at 4:00 p.m. In support thereof, the government states the following:

1. On May 26, 2021, the grand jury sitting in the District of Colombia indicted Defendant Dolan on counts of Conspiracy, in violation of 18 U.S.C. § 371; Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c)(2), 2; Destruction of Government Property and Aiding and Abetting, in violation of 18 U.S.C. §§ 1361, 2; and Restricted Building or Grounds Access, in violation of 18 U.S.C. §§ 1752(a)(1). The same day, the Court in the District of Colombia issued a warrant for Defendant Dolan's arrest.

2. On May 27, 2021, the FBI arrested Defendant Dolan in the Southern District of Florida.

3. On May 28, 2021, Defendant Dolan had his initial appearance before Magistrate Judge Bruce E. Reinhart. On the government's motion, Judge Reinhart ordered Defendant Dolan detained during a short continuance, pursuant to 18 U.S.C. § 3142(f).

4. On June 2 and 3, 2021, a detention hearing was held before Your Honor. As a result of that hearing, Your Honor denied the government's motion for detention and ordered Defendant Dolan released. On the government's *ore tenus* motion, Your Honor stayed the release order until June 4, 2021, at 4 p.m., to provide the government time to decide whether to pursue a review of the release order with the District Court in the District of Colombia, pursuant to 18 U.S.C. § 3145(a)(1).

5. Last night, undersigned counsel for the United States was informed by the government attorney handling this matter in the District of Colombia that the government intends to appeal Your Honor's order of release.

6. Given the need to obtain and review transcripts of approximately four hearing hours, the government submits it would be appropriate to file the motion for review in approximately one week: by Friday, June 11, 2021. Section 3145(a) demands that, once filed, a motion to review a release order "be determined promptly."

7. As such, the government hereby requests an extension for one week of Your Honor's previously imposed stay of its detention order. This extension is for a reasonable period

of time necessary to effectuate the government's appeal and is consistent with Southern District of

Florida Local Criminal Rule 4(a)(2).

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        ACTING UNITED STATES ATTORNEY

By:  s/ Mark Dispoto
      Assistant United States Attorney
      Court ID# A5501143
      500 S. Australian Avenue, Suite 400
      West Palm Beach, Florida 33401
      Tel: (561) 209-1032
      mark.dispoto@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2021, I electronically filed the foregoing with the Clerk of the Court using CMECF.

<u>s/ Mark Dispoto</u>
Assistant United States Attorney