UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-8212-BER

UNITED STATES OF AMERICA,

v.

JASON DOLAN,

    Defendant.
_____/

FILED BY KJZ D.C.

Jun 4, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ORDER GRANTING IN PART AND DENYING IN PART THE GOVERNMENT'S MOTION TO EXTEND STAY [DE 12]

**THIS CAUSE** is before the Court upon the Government's Notice of Government's Intent to Appeal Court's Detention Order and Motion to Stay ("Motion") [DE 12]. The Court began a detention hearing in this case on June 2, 2021, which continued and concluded on June 3, 2021. The Court ultimately released Defendant on extremely stringent conditions including, but not limited to, home incarceration, GPS location monitoring, supervision by the U.S. Probation Office's Special Offender Unit (SPU), computer and electronic device restrictions, and a $100,000 personal surety bond co-signed by Defendant's wife and adult daughter.

At the conclusion of yesterday's pretrial detention hearing, the Government made an *ore tenus* motion for a short stay to give it the opportunity to determine if it was going to appeal the Court's decision to release Defendant. The Court agreed to stay Defendant's release until today, Friday, June 4, 2021, at 4:00 p.m., so that the Government could make its determination regarding an appeal.

In the Motion [DE 12] currently before the Court, the Government informs the Court and

1

Defendant of its intention to file a motion in the United States District Court for the District of Columbia for review of the release order entered by the undersigned. The Government also requests an extension of the stay until Friday, June 11, 2021, at 4:00 p.m. According to the Government, the requested extension is for a reasonable period of time as the Government must obtain and review transcripts of the four-hour detention hearing.

Southern District of Florida Local Rule 4(a)(2) states in relevant part that "[a]t the conclusion of a hearing pursuant to 18 U.S.C. § 3142 in which a Magistrate Judge has entered an order granting pretrial release, the government may make an *ore tenus* motion that the Magistrate Judge exercise discretion to stay the release order for a reasonable time, to allow the government to pursue review or appeal of the release order, in accordance with 18 U.S.C. § 3145." S.D. Fla. L.R. 4(a)(2). Additionally, 18 U.S.C. § 3145(a) demands that, once filed, a motion to review a release order "be determined promptly."

The Court has carefully considered the Motion and the applicable rule and statute. A short extension of the stay until Thursday, June 10, 2021, at 4:00 p.m., is reasonable given the facts of this case. In light of the foregoing, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Government's Motion to Stay [DE 12] is **GRANTED IN PART AND DENIED IN PART**.
2. The Court hereby extends the stay of Defendant's release until **Thursday, June 10, 2021, at 4:00 p.m.**
3. If the Government needs a further extension of time beyond June 10th at 4:00 p.m., it shall file a motion for such extension establishing its asserted good cause for any such request. However, the Court expects the Government to proceed expeditiously and without delay on

this matter as a pretrial detainee's liberty is at stake.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 4th day of June, 2021.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge